GOTTLIEB A. NOVAK and CHARLES T. NOVAK, Copartners Doing Business under the Name of G. A. NOVAK & SON, Respondents, v. HENRIETTA SANDS MERRICK, Appellant.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion granted. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

HERBERT E. ROSENBERG, Appellant, v. LEWIS J. VALENTINE, Police Commissioner of the City of New York, and Others, Respondents.— Order unanimously reversed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

VIVIAN LASSER and SAMUEL LASSER, Respondents, v. ALLSTATE INSURANCE COMPANY and ALLSTATE FIRE INSURANCE COMPANY, Appellants.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

ANNA SCHECTER, Respondent, v. LOUIS M. SCHECTER, Appellant.— Order entered January 23, 1937, unanimously modified by reducing the amount of alimony to the sum of fifteen dollars per week, and as so modified affirmed, without costs. No opinion. [See post, p. 799.] Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

ANNA SCHECTER, Respondent, v. LOUIS M. SCHECTER, Appellant.— Order entered February 13, 1937, unanimously modified in accordance with decision on appeal from order herein granting temporary alimony [ante, p. 799], handed down herewith. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

RAMONA DAVIES, Appellant, v. PAUL WHITEMAN, ARTISTS MANAGEMENT BUREAU, INC., and JACK LAVIN, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

STERLING NATIONAL BANK & TRUST COMPANY OF NEW YORK, as Trustee under a Mortgage Indenture Dated June 15, 1936, Made by 7 EAST 44TH ST. CORP., Appellant, v. 7 EAST 44TH ST. CORP., Respondent, Impleaded with Others. In the Matter of the Application of STERLING NATIONAL BANK & TRUST COMPANY OF NEW YORK, as Trustee, etc., Appellant, and by CITY BANK FARMERS TRUST COMPANY and MATHILDA H. LLOYD, as Trustees, for Direction that $9,450 be Applied to Taxes, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

MARY L. KELLY, Respondent, v. JAMES J. KELLY, Appellant.— Order unanimously modified by reducing alimony to the sum of twenty dollars per week, and as so modified affirmed, without costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

EDWARD V. MCGOVERN, Plaintiff, Respondent, v. JOHN SLOAN and Others, Defendants, Respondents. EDWARD V. MCGOVERN, Plaintiff, Respondent, v. THE CITY OF NEW YORK, Defendant, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.